**Below is the Order of the Court.**

**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 16-14860 |
| STEVEN SMITH, | ORDER RE MOTION FOR POST CONFIRMATION MODIFICATION OF AMENDED PLAN |
| Debtor(s). | |

THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files it this case, and the oral argurment, if any, and found good cause to grant the Motion.

Now, therefore, it it ORDERED that:

1.  The amended plan, document number 27 ('Amended Plan") shall become the plan, pursuant to 11 U.S.C. §1329(b).

Order Re Motion to Modify

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman**
**Law**
**Group**

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extend such terms are inconsistent with the Amended Plan.

//END OF ORDER//

Presented by:
*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
WSBA # 33980
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425) 212-4800

Order Re Motion to Modify

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman**
**Law**
**Group**